John A. Basinger
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
John.Basinger@saul.com
Attorneys for Defendants
Bitzer US Inc. and Bitzer Kühlmaschinenbau GMBH

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                        :

151 FOODS, LLC,                       :

                    :    Case No. 1:19-cv-17093-JHR-AMD

           Plaintiff,      :

                    :    **LOCAL RULE 7.1.1 DISCLOSURE**

      vs.                 :    **OF DEFENDANTS BITZER US**

                    :    **INC. AND BITZER**

CUMMINGS ATLANTA LLC (f/k/a TROMP  :  **KÜHLMASCHINENBAU GMBH**

GROUP USA, LLC dba TROMP GROUP USA  :

LLC); AUTOMATED BAKING SYSTEMS, INC.;  :

JAMES G. CUMMINGS; TROMP GROUP  :

AMERICAS, LLC; AMF BAKERY SYSTEMS;  :

LILLNORD A/S; BITZER US INC.; and BITZER  :

KÜHLMASCHINENBAU GMBH;         :

                    :

          Defendants.     :

                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

       Defendants Bitzer US Inc. and and Bitzer Kühlmaschinenbau GmbH (collectively for purposes of this filing, the "Bitzer Entities") have no litigation funder with respect to this action within the meaning of Local Rule 7.1.1.

Dated: August 2, 2021                           Respectfully submitted,


                                                By: s/ John A. Basinger
                                                John A. Basinger
                                                SAUL EWING ARNSTEIN & LEHR LLP
                                                One Riverfront Plaza, Suite 1520
                                                Newark, New Jersey 07102-5426
                                                (973) 286-6700
                                                John.Basinger@saul.com
                                                *Attorneys for Defendants*
                                                *Bitzer US Inc. and Bitzer Kühlmaschinenbau*
                                                  *GmbH*